**1132**

14, 1900.) Action by Charles L. Dimon against Martha Keery. No opinion. Motion denied, with $10 costs.

DITMAS, Respondent, v. McKANE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Abigail V. Ditmas, as administratrix, etc., against Fannie McKane, impleaded with others. No opinion. Motion denied.

DREELAND, Appellant, v. ABRAHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by William J. Dreeland, by his guardian ad litem, James Dreeland, against Abraham Abraham and others. No opinion. Judgment unanimously affirmed, with costs.

DUMVILLE, Respondent, v. LEACH, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Joseph Dumville, Jr., against Arthur L. Leach. No opinion. Judgment affirmed, with costs.

DUNN, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Michael Dunn against the village of Tonawanda. No opinion. Judgment and order affirmed, with costs.

DURYEA v. FUECHSEL. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by John Duryea against Catharine Fuechsel. No opinion. Motion denied.

EAGAN et al., Respondents, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Patrick Eagan and others against Edward C. White. No opinion. Judgment affirmed, with costs.

EDINGTON, Respondent, v. MERSEREAU MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Annie Edington against the Mersereau Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

EDWARDS, Appellant, v. MARLEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by John Edwards against John C. Marley. No opinion. Judgment affirmed, with costs.

In re ELY. (Supreme Court, Appellate Division, Second Department. November 1, 1900.) In the matter of the application of W. A. H. Ely for an order to C. W. B. Dammann, Harvey G. Purdy, Louis T. Dolen, and Ferd A. Richardson, the board of inspectors of election of election district No. 1, town of Greenburgh, county of Westchester. PER CURIAM. Order reversed, without costs, on the ground that the application was irregularly entertained on a day less than two days prior to the second Saturday before election. See section 31 of the election law. HIRSCHBERG, J., absent.

EMBURY et al. v. ELLISON et al. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Philip Embury and others against John E. Ellison and others. No opinion. Motion granted, with $10 costs.

ENGELSTOFF v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Clara A. Engelstoff against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

ENOS, Sheriff, Respondent, v. HAZZARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by William H. Enos, as sheriff, etc., against Margaret Hazzard. No opinion. Judgment affirmed, with costs.

EVINS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Samuel H. Evins against the Metropolitan Street-Railway Company. No opinion. Judgment (62 N. Y. Supp. 495) unanimously affirmed, with costs.

FARGO, Respondent, v. PAUL, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by James C. Fargo, as president of the American Express Company, against George R. Paul. No opinion. Order affirmed, with costs to abide event.

FIEBIGER et al. v. SOCIALISTIC CO-OP. ASS'N. (Supreme Court, Appellate Division, Fourth Department. December 14, 1900.) Action by Peter Fiebiger and others against the Socialistic Co-operative Association. No opinion. Motion dismissed, with $10 costs.

FITZPATRICK, Appellant, v. PRESS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Emma Fitzpatrick against the Press Publishing Company. O. B. Thomas, for appellant. J. M. Bowers, for respondent. No opinion. Judgment affirmed, with costs.

FITZSIMMON, Appellant, v. PERRY, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) Action by Andrew Fitzsimmon against Ella J. Perry. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., dissenting.

In re FLYNN. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) In the matter of the application of William Flynn for a writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements, with leave to the relator to apply to special term for an alternative writ.